IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DURWYN TALLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cv-1032-NJR-DGW |
| | ) | |
| TRACY LEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motion to Stay Discovery filed by Defendants (Doc. 47), the "Motion to Substitute Plaintiff's name . . ." filed by Plaintiff (Doc. 48), the Motion to Strike Request for Admission filed by Plaintiff (Doc. 49), the Motion to Compel filed by Plaintiff (Doc. 54), and the Motion to Appoint Counsel filed by Plaintiff (Doc. 60).

Defendants' Motion to stay discovery is **GRANTED** (Doc. 47). Plaintiff has filed a number of motions for injunctive relief that are presently before the Court. In addition Defendants have filed a Motion to Dismiss which also is before the Court. In light of Plaintiff's status as a three-striker and the limited issues involved in this case, a stay of discovery, until the preliminary motions are dealt with, will not prejudice any of the parties. Defendants need not respond to discovery requests until the stay is lifted.

Plaintiff's "Motion to Substitute Plaintiff's name . . ." seeks to replace his name in the docket with initials "for the safety and security of Plaintiff." This Motion is **DENIED** (Doc. 48). Plaintiff is seeking a protective order. Such orders are only issued upon a showing of "good cause" which is absent from Plaintiff's motion. *See* FED.R.CIV.P. 26(c).

Plaintiff's Motion to Strike is **DENIED** (Doc. 49). While it is unclear what request

Plaintiff seeks, in light of the above stay in discovery, responses to Plaintiff's requests to admit are stayed. For this same reason, Plaintiff's Motion to Compel is **DENIED** (Doc. 54).

Finally, Plaintiff's request for counsel is **DENIED WITHOUT PREJUDICE** (Doc. 60). Recruitment of counsel will be considered upon a ruling on Plaintiff's claims for injunctive relief, Defendants' motion to dismiss, and the lifting of the discovery stay.

**IT IS SO ORDERED.**

**DATED: February 26, 2016**

                                                **DONALD G. WILKERSON**
                                                **United States Magistrate Judge**